UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 13-279 |
| TAUREAUN OKEITH JACKSON | SECTION "E" |

## ORDER AND REASONS

Before the Court is Taurean Okeith Jackson's Motion for Reconsideration[1] of the Court's denial of his Motion for Compassionate Release.[2] For the reasons that follow, the motion is **DENIED**.

## BACKGROUND

On February 3, 2015, Jackson pleaded guilty to conspiracy to commit sex trafficking of children, in violation of Title 18, United States Code, Sections 1591 and 1594(a) and attempted obstruction of enforcement of the sex trafficking statute, in violation of Title 18, United States Code, Section 1591(d).[3] Jackson's conviction was the result of his attempt to operate a prostitution enterprise and his trafficking of a minor.[4] On July 15, 2015, the Court sentenced Jackson to a below-guidelines sentence of 270 months of imprisonment followed by 10 years of supervised release.[5] Jackson is currently housed at Tucson USP with a projected release date of November 24, 2032.[6] Jackson is 30 years old.[7]

---

[1] R. Doc. 240.
[2] R. Doc. 236.
[3] R. Doc. 72.
[4] R. Doc. 114, ¶¶ 18–23.
[5] R. Doc. 117.
[6] https://www.bop.gov/inmateloc/.
[7] R. Doc. 224 at 12.

1

On June 1, 2020, Jackson filed a Motion for Compassionate Release.[8] The Government filed an opposition to Jackson's motion.[9] On July 8, 2020, the Court issued an Order and Reasons denying Jackson's Motion for Compassionate Release.[10] On November 23, 2020, Jackson filed the instant Motion for Reconsideration.[11]

## LAW AND ANALYSIS

Though motions for reconsideration in criminal actions "are nowhere explicitly authorized in the Federal Rules of Criminal Procedure, they are a recognized legitimate procedural device."[12] The Fifth Circuit has held that if a motion for reconsideration is filed within twenty-eight days after entry of the judgment from which relief is being sought, the motion is treated as a motion to alter or amend under Rule 59(e).[13] In this case, the Court denied Jackson's initial request for compassionate release on July 8, 2020, reasoning the § 3553(a) factors weigh against reducing Jackson's sentence.[14] Jackson filed his Motion for Reconsideration on November 23, 2020,[15] far outside of the twenty-eight day window. Accordingly, Jackson's Motion for Reconsideration was not timely filed.

A motion for reconsideration under Rule 59(e) "calls into question the correctness of a judgment."[16] A Rule 59(e) motion "is not the proper vehicle for rehashing evidence, legal theories, or arguments that could have been offered or raised before the entry of judgment."[17] Instead, a Rule 59(e) motion merely allows "a party to correct manifest

---

[8] R. Doc. 224. Defendant also filed a Supplemental Motion for Compassionate Release. R. Doc. 226.
[9] R. Doc. 227. Defendant filed a reply to the Government's opposition. R. Doc. 235.
[10] R. Doc. 236.
[11] R. Doc. 240.
[12] *United States v. Cotto*, 2020 WL 3832809 at *1 (E.D. La. July 8, 2020) (quoting *United States v. Lewis*, 921 F.2d 563, 564 (5th Cir. 1991)); *see also* Fed. R. Civ. P. 59(e) ("A motion to alter or amend a judgment must be filed no later than 28 days after the entry of judgment.").
[13] *Shepherd v. Int'l Paper Co.*, 372 F.3d 326, 328 n.1 (5th Cir. 2004).
[14] R. Doc. 236.
[15] R. Doc. 240.
[16] *Templet v. HydroChem, Inc.*, 367 F.3d 437, 478 (5th Cir. 2004).
[17] *Id.*

errors of law or fact or to present newly discovered evidence."[18] Even if Jackson's motion had been timely filed, the Court has already determined compassionate release is inappropriate in this case in light of the § 3553(a) factors.[19]  In its previous Order and Reasons, the Court reasoned "[g]iven Jackson's criminal history and the violent nature of his offense, the Court finds Jackson poses a danger to the safety of the community and is not entitled to a reduction in his sentence."[20] Accordingly, the Court again finds that the § 3553(a) factors weigh against reducing Jackson's sentence.

## CONCLUSION

**IT IS ORDERED** that Petitioner Taurean Okeith Jackson's Motion for Reconsideration[21] of the Court's denial of his Motion for Compassionate Release[22] is **DENIED.**

**New Orleans, Louisiana, this 16th day of December, 2020.**

*Susie Morgan*
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

---

[18] *Id.*
[19] R. Doc. 236 at 5.
[20] *Id.*
[21] R. Doc. 240.
[22] R. Doc. 236.